1058

[No. 49267-5-I.   Division One.   December 9, 2002.]

GERALD FOSS, ET AL., *Appellants*, v. HOLLY D'ANNUNZIO, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-06708-9, Dean Scott Lum, J., entered August 24, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Schindler, J.

[No. 49335-3-I.   Division One.   December 9, 2002.]

EVERETT RECREATIONAL VEHICLE PARK, ET AL., *Appellants*, v. THE CITY OF EVERETT, *Respondent*.

Appeal from judgments of the Superior Court for Snohomish County, No. 99-2-09101-7, Ronald L. Castleberry, J., entered June 16, 2000 and August 6, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Baker, JJ.

[No. 49412-1-I.   Division One.   December 9, 2002.]

CARL JOSEF, *Appellant*, v. THE SEATTLE POLICE DEPARTMENT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-29983-4, Suzanne M. Barnett, J., entered September 26, 2001. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Ellington, J.

[No. 49426-1-I.   Division One.   December 9, 2002.]

LYNDA BRECKENRIDGE, ET AL., *Respondents*, v. VALLEY GENERAL HOSPITAL, ET AL., *Defendants*, THOMAS NOWAK, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-07326-4, Anita L. Farris, J., entered September 20, 2001. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Schindler, JJ.